UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>        Plaintiff,<br><br>   v.<br><br>W. SULLIVAN, et al.,<br><br>        Defendants. | 1:19-cv-00688-GSA (PC)<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On April 30, 2019, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

On May 10, 2019, Plaintiff submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 10.) However, Plaintiff's application was not submitted on the form used by this court. Plaintiff shall be granted thirty days in which to submit an application on the attached form, or pay the $400.00 filing fee in full for this case.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **May 23, 2019**                    **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE