UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>              Plaintiff,<br><br>       vs.<br><br>SULLIVAN, et al.,<br><br>              Defendants. | **1:19-cv-00688-NONE-GSA-PC**<br><br>**ORDER RE PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**<br>**(ECF No. 41.)**<br><br>**ORDER REQUIRING PLAINTIFF TO FILE AN UPDATED RESPONSE TO THE ORDER TO SHOW CAUSE WITHIN THIRTY DAYS**<br>**(ECF No. 37.)** |

Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's Second Amended Complaint filed on October 8, 2020, against defendants I. Ottsman and V. Chavez on plaintiff's medical claims under the Eighth Amendment, and against defendants Ottsman, Chavez, Clayton, Gratokoski, and Cardenas for use of excessive force under the Eighth Amendment. (ECF No. 24.)

On July 8, 2021, the court issued an order to show cause requiring Plaintiff to file a written response showing why defendant Sergeant Gratokoski should not be dismissed from this action for Plaintiff's failure to identify and locate defendant Gratokoski for service of process pursuant to Rule 4(m).  (ECF No. 34.)  On September 10, 2021, Plaintiff filed a response.  (ECF No. 41.)

Plaintiff provided evidence that on August 11, 2021, he requested information from CDCR pursuant to the Public Records Act that may identify defendant Gratokoski.  (ECF No. 41 at 3.)  On August 12, 2021, CDCR instructed Plaintiff that the records he requested will be provided to him promptly upon payment.  (Id.)

      Plaintiff is required to file an updated written response to the court's order to show cause within thirty days informing the court whether he received the records from CDCR and what the records disclosed.  If Plaintiff is able to do so, he must also provide the court with the identity and location of defendant Gratokoski for service of process.

      Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of service of this order, Plaintiff is required to file an updated written response to the court's order to show cause issued on July 8, 2021, informing the court whether he received the records he requested from CDCR and what the records disclosed;

2. If Plaintiff is able to do so, he shall also provide the court with the identity and location of defendant Gratokoski for service of process; and

3. Plaintiff's failure to comply with this order may result in a recommendation that Gratokoski, or even this entire case be dismissed.

IT IS SO ORDERED.

Dated:   **September 14, 2021**             **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE