UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>             Plaintiff,<br><br>     vs.<br><br>SULLIVAN, et al.,<br><br>             Defendants. | **1:19-cv-00688-NONE-GSA-PC**<br><br>**ORDER OF CLARIFICATION**<br><br>**ORDER FOR CLERK TO SEND PLAINIFF COPY OF DOCKET SHEET** |

Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Second Amended Complaint, filed on October 8, 2020, against defendants Ottsman and Chavez on Plaintiff's medical claims under the Eighth Amendment; and against defendants Ottsman, Chavez, Clayton, R. J. Maciejewski, and Cardenas for use of excessive force under the Eighth Amendment. (ECF No. 21.)

On April 27, 2022, Plaintiff filed a motion in which he stated his understanding that "Plaintiff's motion (ECF No. 43) to substitute the name of the defendant R.J. Maciejewski was not taken in consideration when it was previously granted and defendant R.J. Maciejewski was dismissed from this case in the deposition [without due] process and is not named as a defendant."

(ECF No. 61 at 1 ¶3.)  According to the court's record, Plaintiff's amendment of the complaint to correct defendant Gratokoski's name to R.J. Maciejewski was granted on September 23, 2021 (ECF No. 44), and defendant Maciejewski has not been dismissed from this case.  The court shall send Plaintiff a copy of his docket sheet for his review.

Accordingly, the Clerk's Office **IS HEREBY ORDERED** to send Plaintiff a copy of the docket sheet for this case.

IT IS SO ORDERED.

Dated:   **May 22, 2022**                       **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE