UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SULLIVAN, et al.,<br><br>　　　　Defendants. | 1:19-cv-00688-NONE-GSA-PC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER**<br>**(ECF No. 65.)**<br><br>**ORDER EXTENDING DEADLINE TO FILE DISPOSITIVE MOTIONS FOR ALL PARTIES**<br><br>**New Deadline to File Dispositive Motions:**<br><br>**JULY 28, 2022** |

　　　　Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's Second Amended Complaint, filed on October 8, 2020, against defendants Ottsman and Chavez on Plaintiff's medical claims under the Eighth Amendment; and against defendants Ottsman, Chavez, Clayton, Maciejewski, and Cardenas for use of excessive force under the Eighth Amendment. (ECF No. 21.)

　　　　On November 29, 2021, the court issued a Discovery and Scheduling Order establishing pretrial deadlines for the parties, including a deadline of June 28, 2022 for filing dispositive motions. (ECF No. 54.)  On June 27, 2022, defendants Clayton, Ottsman, Chavez, and Cardenas ("Defendants") filed a motion to modify the Discovery and Scheduling Order to extend the deadline for filing pretrial dispositive motions to July 28, 2022.  (ECF No. 65.)

## II. MOTION TO MODIFY SCHEDULING ORDER

Modification of a scheduling order requires a showing of good cause, Fed. R. Civ. P. 16(b), and good cause requires a showing of due diligence, Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). To establish good cause, the party seeking the modification of a scheduling order must generally show that even with the exercise of due diligence, they cannot meet the requirement of the order. Id. The court may also consider the prejudice to the party opposing the modification. Id. If the party seeking to amend the scheduling order fails to show due diligence the inquiry should end and the court should not grant the motion to modify. Zivkovic v. Southern California Edison, Co., 302 F.3d 1080, 1087 (9th Cir. 2002).

The Court finds good cause to extend the deadline for filing dispositive motions in the Court's Discovery and Scheduling Order to **July 28, 2022**. Therefore, the motion to modify the Discovery and Scheduling Order, filed by Defendants on June 27, 2022 shall be granted.

## III. CONCLUSION

Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the Court's Discovery and Scheduling Order, filed on June 27, 2022, is GRANTED;
2. The deadline for filing pretrial dispositive motions is extended from June 28, 2022 to **July 28, 2022** for all parties to this action; and
3. All other provisions of the Court's November 29, 2021 Discovery and Scheduling Order remain the same.

IT IS SO ORDERED.

Dated:   **June 28, 2022**                   **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE