UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. SULLIVAN, et al.,<br><br>　　　　　Defendants. | **1:19-cv-00688-JLT-GSA-PC**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE**<br><br>**(ECF No. 83.)**<br><br>　　**VACATED:**<br>　　Pretrial Conference<br>　　February 24, 2023 at 1:30 p.m.<br>　　District Judge Jennifer L. Thurston<br>　　In Courtroom 4, 7th floor<br><br>　　**VACATED:**<br>　　Jury Trial<br>　　March 27, 2023 at 8:30 a.m.<br>　　District Judge Jennifer L. Thurston<br>　　In Courtroom 4, 7th floor<br><br>　　**NEW DATES:**<br><br>　　**Pretrial Conference**<br>　　　　July 24, 2023 at 1:30 p.m.<br>　　　　District Judge Jennifer L. Thurston<br>　　　　In Courtroom 4 (by Zoom)<br><br>　　**Jury Trial**<br>　　　　September 19, 2023 at 8:30 a.m.<br>　　　　District Judge Jennifer L. Thurston<br>　　　　In Courtroom 4, 7th floor |

**I.      BACKGROUND**

Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds with

Plaintiff's Second Amended Complaint filed on October 8, 2020, against defendants Correctional Officer (C/O) I. Ottsman and C/O V. Chavez on Plaintiff's medical claims under the Eighth Amendment; and, against defendants C/O I. Ottsman, C/O V. Chavez, Sergeant Clayton, Sergeant Maciejewski, and Sergeant Cardenas for use of excessive force under the Eighth Amendment. (ECF No. 21.)

On September 19, 2022, the Court issued a Second Scheduling Order scheduling a Pretrial Conference for this case on February 24, 2023 at 1:30 p.m., and Jury Trial for March 27, 2023 at 8:30 a.m., in Courtroom 4 before District Judge Jennifer L. Thurston. (ECF No. 70.) On December 22, 2022, the Court issued a minute order continuing the Pretrial Conference to February 27, 2023 at 1:30 p.m. before District Judge Jennifer L. Thurston via Zoom. (ECF No. 79.)

On January 9, 2023, Defendants filed a motion to continue the Trial to a date after May 2023. (ECF No. 83.)

**II.     MOTION TO MODIFY SCHEDULING ORDER**

Modification of a scheduling order requires a showing of good cause, Fed. R. Civ. P. 16(b), and good cause requires a showing of due diligence, Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992).  To establish good cause, the party seeking the modification of a scheduling order must generally show that even with the exercise of due diligence, they cannot meet the requirement of the order.  Id.  The court may also consider the prejudice to the party opposing the modification.  Id.  If the party seeking to amend the scheduling order fails to show due diligence the inquiry should end and the court should not grant the motion to modify.  Zivkovic v. Southern California Edison, Co., 302 F.3d 1080, 1087 (9th Cir. 2002).

The Court finds good cause to continue the dates for the Pretrial Conference and Jury Trial.  Therefore, the motion to modify the Scheduling Order, filed by Defendants on January 9, 2023 shall be granted.

///

///

2

Case 1:19-cv-00688-JLT-GSA   Document 84   Filed 01/11/23   Page 3 of 5

The Pretrial Conference shall be continued from February 27, 2023 at 1:30 p.m. to **July 24, 2023 at 1:30 p.m.** before District Judge Jennifer L. Thurston via Zoom.

The Jury Trial shall be continued from March 27, 2023 at 8:30 a.m. to **September 19, 2023 at 8:30 a.m.** before District Judge Jennifer L. Thurston in Courtroom 4.

On December 15, 2022, Plaintiff filed his pretrial statement. (ECF No. 78.) According to the new schedule set out in this order, Defendants' pretrial statement must be filed on or before **July 10, 2023.**

On December 15, 2022, Plaintiff filed a motion for the attendance of unincarcerated witnesses. (ECF No. 77.) **Defendants' opposition, if any, must be filed on or before July 10, 2023.**

On December 15, 2022, Plaintiff filed a request for the Marshal to serve his unincarcerated witnesses who refuse to testify voluntarily. (ECF No. 77.) According to the new schedule set out in this order**, if Plaintiff wishes to have the Marshal serve his unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must submit money orders to the court no later than July 10, 2023.**

The parties shall appear at the Pretrial Conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by Judge Thurston's Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire is required.

Counsel for Defendants is required to contact Plaintiff's institution to arrange for Plaintiff's participation in the Pretrial Conference. Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

///
///
///
///
///

This order represents the Court and the parties' best estimated schedule to complete this case. Any party unable to comply with the dates outlined in this order shall immediately file an appropriate motion or stipulation identifying the requested modification.

***The dates set in this order are considered to be firm and will not be modified absent a showing of good cause, even if a stipulation to modify is filed.*** Due to the impacted nature of the civil case docket, this Court disfavors requests to modify established dates.

### III. CONCLUSION

Based on the foregoing and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to modify the Court's Scheduling Order, filed on January 29, 2023, is GRANTED;
2. The Pretrial Conference scheduled for February 27, 2023 at 1:30 p.m. is continued to **July 24, 2003 at 1:30 p.m.** before District Judge Jennifer L. Thurston via Zoom;
3. The Jury Trial scheduled for March 27, 2023 at 8:30 a.m. is continued to **September 19, 2023 at 8:30 a.m.** before District Judge Jennifer L. Thurston in Courtroom 4;
4. Counsel for Defendants is required to arrange for the participation of Plaintiff at the Pretrial Conference by connecting remotely either via Zoom video conference or Zoom telephone number;
5. Defendants shall serve and file a pretrial statement as described in the Second Scheduling Order (ECF No. 70) on or before **July 10, 2023**;
6. In addition to electronically filing a pretrial statement, Defendants shall e-mail the pretrial statement to: jlt@caed.uscourts.gov;
7. Defendants' opposition to Plaintiff's motion for the attendance of incarcerated witnesses, if any, shall be filed on or before **July 10, 2023**;
8. If Plaintiff wishes to obtain the attendance of unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must submit the money orders, as described in

///

subsection 4 of the Second Scheduling Order (ECF No. 70), to the court on or before **July 10, 2023**; and

9. The parties are directed to refer back to the provisions of the court's **September 19, 2022** Second Scheduling Order for instructions to prepare for trial.

IT IS SO ORDERED.

Dated:   **January 10, 2023**                     **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE