UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>        Plaintiff,<br><br>   v.<br><br>W. SULLIVAN, et al.,<br><br>        Defendants. | **1:19-cv-00688-JLT-GSA-PC**<br><br>**ORDER FOR CLERK TO RETURN PLAINTIFF'S CHECK #198-1313123 RECEIVED BY THE COURT ON JANUARY 13, 2023**<br><br>**ORDER FOR PLAINTIFF TO SEND THE COURT A MONEY ORDER IN THE AMOUNT OF $292.18 MADE PAYABLE TO DR. A. WAGNER**<br><br>**DEADLINE TO SUBMIT MONEY ORDER MADE PAYABLE TO DR. A. WAGNER: JUNE 23, 2023** |

      Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case is scheduled for jury trial on September 19, 2023 at 8:30 a.m. before the Honorable Jennifer L. Thurston.

      On December 30, 2022, the court issued an order granting Plaintiff's Request Regarding Witness Fees filed by Plaintiff on December 15, 2022. (ECF No. 81.) The order notified Plaintiff that "[i]f Plaintiff wishes to have the U.S. Marshal serve a subpoena on witness Dr. A. Wagner, Plaintiff must submit **a money order** in the amount of $292.18, **made payable to Dr. A. Wagner**, to the court no later than January 20, 2023." (Id. at 2:16-19 (emphasis added.))

On January 13, 2023, Plaintiff submitted Check #198-1313123 to the Court in the amount of $292.18, made payable to the U.S. District Court. (Court Record.) Because Plaintiff submitted a Check rather than a Money Order, and the Check being made payable to the U.S. District Court instead of Dr. A. Wagner, the Court shall return Check #198-1313123 to Plaintiff.

If Plaintiff wishes to obtain the attendance of Dr. A. Wagner as his witness at trial, Plaintiff must submit a **Money Order** in the amount of $292.18 **made payable to Dr. A. Wagner**. A subpoena will not be served upon the unincarcerated witness by the U.S. Marshal unless the Money Order is tendered to the court. Because no statute authorizes the use of public funds for these expenses in civil cases, the tendering of witness fees and travel expenses is required even if the party was granted leave to proceed *in forma pauperis*.

**Accordingly, if Plaintiff wishes to have the U.S. Marshal serve a subpoena on Dr. A. Wagner to obtain the attendance of Dr. A. Wagner as a witness at trial, Plaintiff must submit a Money Order in the amount of $292.18, made payable to Dr. A. Wagner, to the Court no later than June 23, 2023.**

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to return to Plaintiff Check #198-1313123, which was received by the court on January 13, 2023;

2. If Plaintiff wishes to obtain the attendance of witness Dr. A. Wagner at his trial, Plaintiff must submit a Money Order in the amount of $292.18, made payable to Dr. A. Wagner, to the Court no later than June 23, 2023.

IT IS SO ORDERED.

Dated:   **January 18, 2023**              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE