UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>               Plaintiff,<br><br>   v.<br><br>W. SULLIVAN, et al.,<br><br>               Defendants. | **1:19-cv-00688-JLT-GSA-PC**<br><br>**ORDER FOR PLAINTIFF TO INFORM THE COURT WHETHER HIS MONEY ORDER FOR $300.00 WITNESS FEES SHOULD BE SENT TO DR. A. WAGNER, OR RETURNED TO PLAINTIFF**<br><br>**DEADLINE TO RESPOND: <u>MAY 1, 2023</u>** |

      Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case is scheduled for jury trial on September 19, 2023 at 8:30 a.m. before the Honorable Jennifer L. Thurston.

      On December 30, 2022, the court issued an order granting Plaintiff's Request Regarding Witness Fees, filed by Plaintiff on December 15, 2022. (ECF No. 81.) The order notified Plaintiff that "[i]f Plaintiff wishes to have the U.S. Marshal serve a subpoena on witness Dr. A. Wagner, Plaintiff must submit a money order in the amount of $292.18, made payable to Dr. A. Wagner, to the court no later than January 20, 2023." (<u>Id.</u> at 2:16-19.)

      On January 13, 2023, Plaintiff submitted a Check to the Court in the amount of $292.18, made payable to the U.S. District Court. (Court Record.) Because Plaintiff submitted a Check instead of a Money Order, and that the Check was made payable to the U.S. District Court rather

than Dr. A. Wagner, the Court returned the check to Plaintiff on January 18, 2023 with instructions to submit a Money Order for **$292.18** made payable to Dr. A. Wagner for the payment of witness fees. (ECF No. 86.)

On March 31, 2023, Plaintiff submitted to the Court a Money Order for **$300.00** made payable to Dr. A. Wagner. (Court Record.) By this $300.00 payment, Plaintiff overpaid by $7.82 the amount he was required to pay for witness fees for Dr. A. Wagner.

Given the above, the court has determined that Plaintiff has overpaid. Therefore, **On or before May 1, 2023**, Plaintiff is required to respond to this order informing the Court whether he wishes the Court to either: **(1)** send the $300.00 money order to Dr. A. Wagner for witness fees, in which case Plaintiff agrees that Dr. A. Wagner may keep the entire $300.00; or, **2)** have the court to return the money order to Plaintiff so that Plaintiff can submit a new money order in the correct amount of $292.18.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. **On or before May 1, 2023**, Plaintiff is required to respond to this order, informing the Court whether he wishes the Court to:

    **(1)** send the $300.00 money order to Dr. A. Wagner for witness fees, in which case Plaintiff agrees that Dr. A. Wagner may keep the entire $300.00;

    **OR**

    **(2)** return the money order to Plaintiff so that Plaintiff can submit a new money order for $292.18; and

2. If Plaintiff does not respond to this order by May 1, 2023, the Court shall send the $300.00 money order to Dr. A. Wagner for payment of witness fees.

IT IS SO ORDERED.

Dated:   **April 6, 2023**            **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE