UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>           Plaintiff,<br><br>     v.<br><br>W. SULLIVAN, et al.,<br><br>           Defendants. | **1:19-cv-00688-JLT-GSA-PC**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST REGARDING WITNESS FEES FOR UNINCARCERATED WITNESS SERGEANT M. MESA**<br>**(ECF No. 95.)**<br><br>**DEADLINE TO SUBMIT MONEY ORDER:**<br>**JUNE 13, 2023** |

Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case is scheduled for jury trial on September 19, 2023 at 1:30 p.m. before the Honorable Jennifer L. Thurston in Fresno, California.

On September 19, 2022, the court issued a Second Scheduling Order setting out pretrial information and deadlines for the parties, including instructions for Plaintiff to request the attendance of witnesses for trial. (ECF No. 70.) Plaintiff was advised that if he "wishes to obtain the attendance of one or more unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must first notify the court in writing of the name and location of each unincarcerated witness[, and t]he court will calculate the travel expense for each unincarcerated witness and notify Plaintiff of the amount(s)." (Id. at 4:25-28.)

On May 1, 2023, Plaintiff filed a request for calculation of the fees required to subpoena a second unincarcerated witness to appear at trial.[1] (ECF No. 95.) Plaintiff named the second prospective witness, Correctional Sergeant M. Mesa, and requested the court to calculate the travel expense for the witness. (Id.)

---

[1] On December 30, 2022, Plaintiff requested to bring one unincarcerated witness, Dr. A. Wagner, to testify at trial. (ECF No. 77.) Now, on May 1, 2023, Plaintiff requests to bring a second unincarcerated witness, Correctional Sergeant M. Mesa, to testify at trial. (ECF No. 95.)

The sum required for the attendance of an unincarcerated witness includes a daily witness fee of $40.00, plus the witness's travel expenses. 28 U.S.C. § 1821(b). Assuming the witness is traveling by personal car, the standard mileage rate beginning on January 1, 2023 was 65.5 cents for every mile driven.[2] Using the address provided by Plaintiff, and figuring round-trip travel by personal car to the Fresno courthouse, the travel expenses amount to the following:

///

| | | | |
|---|---|---|---|
| Sergeant M. Mesa | 316.8 miles round trip | 65.5 cents/mile | $207.51 |
| | | daily witness fee | + 40.00 |
| | TOTAL | | $247.51 |

///

If Plaintiff wishes to obtain the attendance of this witness, Plaintiff must submit a money order made payable to the witness for the full amount of the witness's travel expenses <u>plus the daily witness fee of $40.00</u>. The subpoena will not be served upon the unincarcerated witness by the U.S. Marshal unless the money order is tendered to the court. Because no statute authorizes the use of public funds for these expenses in civil cases, the tendering of witness fees and travel expenses is required even if the party was granted leave to proceed *in forma pauperis*. **If Plaintiff wishes to have the U.S. Marshal serve a subpoena on witness Correctional Sergeant M. Mesa, Plaintiff must submit a money order in the amount of $247.51 made payable to Sergeant M. Mesa, to the court no later than June 13, 2023.**

IT IS SO ORDERED.

  Dated:   **May 11, 2023**               **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] https://www.irs.gov/pub/irs-drop/n-23-03.pdf  (Last visited on May 11, 2023).