UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>          Plaintiff,<br><br>   vs.<br><br>SULLIVAN, et al.,<br><br>          Defendants. | **1:19-cv-00688-JLT-GSA-PC**<br><br>ORDER DIRECTING SERVICE OF SUBPOENA ON WITNESS BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>**SERVICE WITHIN 7 DAYS** |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Adrian Solorio, a state prisoner proceeding *pro se* and *in forma pauperis*. This case is scheduled for jury trial on September 19, 2023 at 1:30 p.m. before the Honorable Jennifer L. Thurston in Fresno, California.

Plaintiff having submitted the required fees made payable to the witness Dr. A. Wagner, is now being subpoenaed to appear at trial on September 19, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

   a. One completed and issued subpoena to be served on:

   > Dr. A. Wagner
   > California State Prison, Los Angeles County
   > 44750 60th Street West
   > Lancaster, CA 93536-7620

     b.     One completed USM-285 form;

     c.     One money order # 28580716888 for $300.00 made payable to Dr. A. Wagner; and

     d.     Two (2) copies of this order, one to accompany the subpoena, plus an extra copy for the Marshal.

2. Within **seven (7) days** from the date of service of this order, the United States Marshal is directed to serve the subpoena and money order in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The United States Marshal shall effect personal service and a copy of this order upon the named individual in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within **ten (10) days** after personal service is completed, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effective service.  Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:   **July 6, 2023**           **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE