UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>               Plaintiff,<br><br>    v.<br><br>W. SULLIVAN, et al.,<br><br>               Defendants. | **1:19-cv-00688-JLT-GSA-PC**<br><br>**ORDER IN RESPONSE TO PLAINTIFF'S REQUEST FOR EXPLANATION**<br><br>**(ECF No. 102.)** |

       Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case is scheduled for jury trial on September 19, 2023 at 1:30 p.m. before the Honorable Jennifer L. Thurston in Fresno, California.

       On July 19, 2023, Plaintiff filed a request for explanation.  (ECF No. 102.)

**I.  PLAINTIFF'S REQUEST**

       Plaintiff requests an explanation of what happened to the witness fees he submitted to the court for his prospective trial witness Sergeant M. Mesa.  Plaintiff states that sometime before July 10, 2023, he submitted witness fees to the Court to be served on this witness.

1

## II. DISCUSSION

The Court has no record of receiving a money order from Plaintiff in the amount of $247.51 made payable to Sergeant Mesa for payment of witness fees. (Court Record.)

On September 19, 2022, the court issued a Second Scheduling Order setting out pretrial information and deadlines for the parties, including instructions for Plaintiff to request the attendance of witnesses for trial. (ECF No. 70.) Plaintiff was advised that if he "wishes to obtain the attendance of one or more unincarcerated witnesses who refuse to testify voluntarily. Plaintiff must first notify the court in writing of the name and location of each unincarcerated witness. The court will calculate the travel expense for each unincarcerated witness and notify Plaintiff of the amount(s)." (Id. at 4:25-28.)

On May 1, 2023, Plaintiff filed a request for calculation of the fees required to subpoena prospective unincarcerated witness, Sergeant M. Mesa, to appear at trial.[1] (ECF No. 95.) Plaintiff named the witness, Correctional Sergeant M. Mesa, and requested the court to calculate the travel expense for the witness. (Id.)

On May 12, 2023, the Court issued an order notifying Plaintiff of the $247.51 sum required for the witness fee and advised Plaintiff that if he wishes to have the Marshal serve a subpoena on Sergeant Mesa, he must submit a money order to the Court in the amount of $247.51 made payable to Sergeant M. Mesa <u>no later than June 13, 2023</u>. (ECF No. 96.)

To date, the Court has no record that Plaintiff the money order to the Court.

---

[1] On December 30, 2022, Plaintiff requested to bring one unincarcerated witness, Dr. A. Wagner, to testify at trial. (ECF No. 77.) On March 31, 2023, Plaintiff submitted a money order for $300.00 for witness fees for Dr. Wagner. (Court Record.) On July 7, 2023, the Court issued an order directing the United States Marshal to serve Dr. Wagner with a subpoena requiring the witness's appearance at trial. (ECF No. 99.) On July 20, 2023, the Marshal filed a return of service executed indicating that Dr. Wagner had been served with the subpoena. (ECF No. 103.) Thus, service of the subpoena for Dr. Wagner was successfully completed.
On May 1, 2023, Plaintiff requested to bring a second unincarcerated witness, Correctional Sergeant M. Mesa, to testify at trial. (ECF No. 95.) Plaintiff's request for explanation filed on July 19, 2003 and discussed in this order inquires about this <u>second</u> prospective witness, Sergeant Mesa.

Plaintiff's trial is scheduled to commence on September 19, 2023 at 1:30 p.m.  If Plaintiff still wishes to bring witness Sergeant Mesa to Court to testify at trial on September 19, 2023, he must submit a money order to the Court in the amount of $247.51 made payable to Sergeant M. Mesa **no later than August 15, 2023**.

**III.     CONCLUSION**

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1.     The Court has no record that Plaintiff submitted a money order to the Court made payable to Sergeant M. Mesa for payment of witness fees;

2,     If Plaintiff still wishes to bring witness Sergeant Mesa to Court to testify at trial on September 19, 2023, he must submit a money order to the Court in the amount of $247.51 made payable to Sergeant M. Mesa **no later than August 15, 2023**.

IT IS SO ORDERED.

Dated:   **July 21, 2023**                    **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE