UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SULLIVAN, et al.,<br><br>　　　　　Defendants. | **1:19-cv-00688-JLT-GSA-PC**<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE WHY SERVICE OF SUBPOENA ON PLAINTIFF'S TRIAL WITNESS DR. A. WAGNER SHOULD NOT BE CANCELLED FOR PLAINTIFF'S FAILURE TO PROVIDE SUFFICIENT INFORMATION**<br><br>**(ECF No. 77.)** |

**I.       RELEVANT PROCEDURAL HISTORY**

　　　　This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Adrian Solorio, a state prisoner proceeding *pro se* and *in forma pauperis*.  This case is scheduled for jury trial on September 19, 2023 at 8:30 a.m. before the Honorable Jennifer L. Thurston in Fresno, California.

　　　　On December 15, 2022, Plaintiff requested an order directing the United States Marshal to serve a subpoena on prospective witness Dr. A. Wagner at California State Prison-Los Angeles County (LAC) in Lancaster, California, compelling the witness to appear at trial to testify on Plaintiff's behalf.  (ECF No. 77.)  On March 31, 2023, Plaintiff submitted a money order for the required witness fees made payable Dr. A. Wagner, (Court Record), and on July 7, 2023, the Court issued an order directing the Marshal to serve the subpoena, (ECF No. 99).

On July 24, 2023, the subpoena was returned unexecuted to the Court with notice from LAC that after conducting an extensive search, they were unable to identify Dr. A. Wagner either in present or past employment at that institution.  (ECF No. 105.)  Plaintiff's money order was returned to the court where it is being held in safekeeping.

## II. DISCUSSION

Plaintiff is ordered to show cause, **on or before August 15, 2023**, why service of the subpoena on witness Dr. A. Wagner should not be cancelled for Plaintiff's failure to provide sufficient information to locate and serve the witness.  The Marshal has attempted to locate Dr. A. Wagner at the address provided by Plaintiff, without success.  If Plaintiff is unable to provide the Court with a current address for Dr. A. Wagner, the Court shall cancel service of the subpoena.

## III. CONCLUSION

Accordingly, based on the foregoing, it is **HEREBY ORDERED** that:

1. **On or before August 15, 2023**, Plaintiff is required to respond to this order, showing cause why service of the subpoena on witness Dr. A. Wagner should not be cancelled for Plaintiff's failure to provide a current address for Dr. A. Wagner; and

2. Plaintiff's failure to respond to this order as prescribed above will result in a cancellation of the above referenced subpoena.

IT IS SO ORDERED.

Dated:   **July 27, 2023**             **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE