UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>               Plaintiff,<br><br>        v.<br><br>W. SULLIVAN, et al.,<br><br>               Defendants. | **1:19-cv-00688-JLT-GSA-PC**<br><br>**ORDER ACKNOWLEDGING PLAINTIFF'S PAYMENT OF $200.00 MONEY ORDER FOR WITNESS FEES FOR SERGEANT M. MESA**<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT AN ADDITIONAL MONEY ORDER MADE PAYABLE TO WITNESS SERGEANT M. MESA IN THE AMOUNT OF $47.51 AS PAYMENT OWED FOR WITNESS FEES, AS SOON AS POSSIBLE** |

Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case is scheduled for jury trial on September 19, 2023 at 8:30 a.m. before the Honorable Jennifer L. Thurston in Fresno, California (ECF No 106).

On July 24, 2023, the Court issued an order advising Plaintiff that if he wishes to have the Marshal serve a subpoena on witness Sergeant M. Mesa, he must submit a money order to the Court in the amount of $247.51 made payable to Sergeant M. Mesa no later than August 15, 2023.  (ECF No. 104.)

On August 4, 2023, Plaintiff submitted a money order payable to M. Mesa in the amount of $200.00.  (Court Record.)  On August 8, 2023, Plaintiff notified the Court that on July 31, 2023, he sent a money order "for the amount [e]stablish[ed]" for payment of witness fees for Sergeant M. Mesa.  (ECF No. 108.)

Plaintiff is advised that the $200.00 money order is not sufficient payment for witness fees to bring witness Sergeant M. Mesa to testify at the trial scheduled to commence on September 19, 2023 at 8:30 a.m.  The Court previously notified Plaintiff that he must submit a money order for **$247.51** for witness fees.  However, Plaintiff has submitted only **$200.00**.

If Plaintiff still wishes to bring witness Sergeant Mesa to Court to testify at trial on September 19, 2023, he must submit an **additional** money order to the Court in the amount of **$47.51** made payable to Sergeant M. Mesa as soon as possible.  The Court shall not issue a subpoena directing service by the Marshal on witness Sergeant M. Mesa until Plaintiff has submitted the witness fees **in full**.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1.      If Plaintiff wishes to bring witness Sergeant M. Mesa to Court to testify at trial on September 19, 2023, he must submit an <u>additional</u> money order to the Court in the amount of $47.51 made payable to Sergeant M. Mesa, as soon as possible; and

2.      **Plaintiff is forewarned that if he fails to submit the witness fees in full, <u>in time for the Marshal to serve the witness with a subpoena before trial</u>, Plaintiff's witness will not be available to testify at trial.**

IT IS SO ORDERED.

Dated:   **August 9, 2023**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE