UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>            Plaintiff,<br><br>   v.<br><br>W. SULLIVAN, et al.,<br><br>            Defendants. | 1:19-cv-00688-JLT-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR TRIAL**<br><br>**(ECF No. 111.)** |

    Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 14, 2023, Plaintiff filed a Motion for Trial in which he requests the jury trial for this case to go forward on September 19, 2003. (ECF No. 111.)

    This case is scheduled for jury trial on September 19, 2023 at 8:30 a.m. before the Honorable Jennifer L. Thurston at the United States District Court in Fresno, California. Thus, Plaintiff's motion for trial is GRANTED.

IT IS SO ORDERED.

    Dated:   **August 15, 2023**                **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE