UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>W. SULLIVAN, et al.,<br><br>　　　　　　Defendants. | 1:19-cv-00688-JLT-GSA-PC<br><br>**ORDER RE PLAINTIFF'S MOTION TO CONFER**<br><br>**(ECF No. 112.)** |

　　　Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case is scheduled for jury trial on September 19, 2023 at 8:30 a.m. before the Honorable Jennifer L. Thurston at the United States District Court in Fresno, California (ECF No. 106).

　　　On August 14, 2023, Plaintiff filed a Motion to Confer and Attempted [*sic*] to Resolve Dispute.  (ECF No. 112.)  Plaintiff seeks to confer with Defendants to resolve disputes and avoid filing motions *in limine*.  Plaintiff also indicates he is open to an offer of settlement.

　　　Plaintiff's motion is addressed to Defendants, not to the Court, and Plaintiff has not requested resolution by the Court.  Plaintiff is advised to work directly with Defendants to address these matters.

IT IS SO ORDERED.

　　Dated: __August 15, 2023__　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE