UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>        Plaintiff,<br><br>  v.<br><br>W. SULLIVAN, et al.,<br><br>        Defendants. | 1:19-cv-00688-JLT-GSA-PC<br><br>**ORDER ACKNOWLEDGING PLAINTIFF'S PAYMENT OF TWO MONEY ORDERS, FOR $200 AND $50.00, FOR WITNESS FEES MADE PAYABLE TO M. MEZA**<br><br>**ORDER REQUIRING PLAINTIFF TO ADVISE THE COURT OF THE CORRECT SPELLING OF WITNESS'S LAST NAME, <u>MESA OR MEZA</u>**<br><br>**DEADLINE TO RESPOND: <u>AUGUST 31, 2023</u>** |

     Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case is scheduled for jury trial on September 19, 2023 at 8:30 a.m. before the Honorable Jennifer L. Thurston at the United States District Court in Fresno, California.

     On July 24, 2023, the Court issued an order advising Plaintiff that if he wishes to have the Marshal serve a subpoena on witness Sergeant M. **Mesa**, he must submit a money order to the Court in the amount of $247.51 made payable to Sergeant M. **Mesa**. (ECF No. 104.)

     On August 4, 2023, Plaintiff submitted a money order payable to M. **Meza** in the amount of $200.00. (Court Record.) On August 18, 2023, Plaintiff submitted another money order made payable to M. **Meza** in the amount of $50.00. (Court Record.) Based on Plaintiff's past

behavior,[1] the Court assumes that Plaintiff meant to overpay the witness fees by $2.49, and that he is agreeable to paying the witness $250.00 instead of the exact amount of $247.51.

The Court however requires clarification by Plaintiff whether his witness's last name is spelled **Mesa** or **Meza**.  Both of the money orders Plaintiff submitted to the Court for this witness are made payable to Ms. **Meza**, whereas all of Plaintiff's other communication to the Court about this witness spells her last name as **Mesa**.  **On or before August 31, 2023**, Plaintiff is required to advise the Court of the correct spelling of the witness's last name, **Mesa** or **Meza**.  The Court shall not issue a subpoena for service by the Marshal on witness Sergeant M. **Mesa** or **Meza** until Plaintiff has confirmed the correct spelling of her last name and the name is correctly spelled in the money orders.

**III.     CONCLUSION**

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1.     **On or before August 31, 2023**, Plaintiff is required to advise the Court in writing of the correct spelling of his trial witness's last name -- **Mesa** or **Meza**; and

**2.     Plaintiff is forewarned that if his money orders for the witness do not reflect the correct spelling of the witness's last name, the Court shall not direct the Marshal to serve a subpoena for the witness to testify at trial, in which case Plaintiff's witness will not be available to testify at trial.**

IT IS SO ORDERED.

   Dated:   **August 18, 2023**                         **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] On March 31, 2023, Plaintiff overpaid the witness fees for his witness Dr. A. Wagner when he submitted a money order for $300.00 (Court Record) to the Court, and Plaintiff informed the Court on May 1, 2023, that he meant to submit $300.00 instead of the exact amount of $292.18 because he "rounded to the dollar" and agreed that "Dr. A. Wagner may keep the entire $300.00" (ECF No. 94).