# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>   Plaintiff,<br><br>   vs.<br><br>SULLIVAN, et al.,<br><br>   Defendants. | **1:19-cv-00688-JLT-GSA-PC**<br><br>ORDER DIRECTING SERVICE OF SUBPOENAS ON **FOUR** WITNESSES BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>**SERVICE WITHIN 7 DAYS**<br><br>1. Tanya Solorio<br>2. Dr. C. Patel<br>3. Dr. Underwood<br>4. M. Mesa |

   This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Adrian Solorio, a state prisoner proceeding *pro se* and *in forma pauperis*. This case is scheduled for jury trial on September 19, 2023 at 1:30 p.m. before the Honorable Jennifer L. Thurston in Fresno, California.

   Plaintiff has submitted the required fees made payable to four prospective witnesses: (1) Tanya Solorio, (2) Dr. Patel, (3) Dr. Underwood, and (4) M. Mesa, being commanded to appear at trial on September 19, 2023.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

   a. One completed and issued subpoena to be served on **each** of the **four** prospective witnesses:

   1. **LVN Tanya Solorio**
      15121 San Jose Avenue
      Paramount, CA  90723

   2. **Dr. C. Patel**
      3000 W. Cecil Ave.
      Delano, CA  93216

   3. **Dr. Underwood**
      3000 W. Cecil Ave.
      Delano, CA 93216

   4. **Sergeant M. Mesa**
      California Correctional Institution
      4900 Highway 202
      Tehachapi, CA  93581

   b. **Four** completed USM-285 forms, **one for each** prospective witness;

   c. **Four** money orders, **one for each** prospective witness:
      1. Money order #28814383203 in the amount of $519.90, made payable to Tanya Solorio;

   2. Money order #28814383225 in the amount of $183.24 made payable to Dr. Patel;

   3. Money order #28814383214 in the amount of $183.24 made payable to Dr. Underwood; and

   4. Money order #28814383236 in the amount of $248.00 made payable to M. Mesa.

 d. Five (5) copies of this order, one to accompany each subpoena, plus five (5) copies for the Marshal.

2. Within **seven (7) days** from the date of service of this order, the United States Marshal is directed to serve the subpoenas and money orders in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The United States Marshal shall effect personal service and a copy of this order upon each of the four individuals named in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within **ten (10) days** after personal service is completed, the United States Marshal shall file the returns of service, along with the costs subsequently incurred in effective service.  Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

 Dated: **September 8, 2023**     **/s/ Gary S. Austin**
                UNITED STATES MAGISTRATE JUDGE