UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>   Plaintiff,<br><br>   vs.<br><br>SULLIVAN, et al.,<br><br>   Defendants. | **1:19-cv-00688-JLT-GSA-PC**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR DEPOSITION TRANSCRIPT**<br><br>**(ECF No. 134.)** |

**I.   BACKGROUND**

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Adrian Solorio, a state prisoner proceeding *pro se* and *in forma pauperis*.  This case is scheduled for jury trial on September 19, 2023 at 8:30 a.m. before the Honorable Jennifer L. Thurston at the United States District Court in Fresno, California.

On September 11, 2023, Plaintiff filed a request to be provided with a copy of a deposition transcript(s).  (ECF No. 134.)

1

**II.     REQUEST FOR COPY OF DEPOSITION TRANSCRIPT**

Plaintiff requests a copy of his deposition transcript. He recalls that Defendants' counsel mentioned that the parties would be served with a copy of the deposition, but it was never delivered to Plaintiff. Plaintiff requests to be provided with the transcript at his address at Kern Valley State Prison.

This Court has no authority to require Defendants to cover the cost of the deposition transcript despite Plaintiff proceeding *pro se* and *in forma pauperis.* Sharpe v. Cryer, No. 119CV00711ADAEPGPC, 2023 WL 3726145, at *1 (E.D. Cal. May 30, 2023) (citing see Clemente v. Parciasepe, No. 2:14-CV-0611 KJN P, 2015 WL 6447495, at *2 (E.D. Cal. Oct. 23, 2015) ("Defense counsel is correct that defendant is not required to provide plaintiff with a free copy of a deposition transcript.")).

Moreover, to the extent that Plaintiff would seek the use of Court funds to pay for a deposition transcript, "[t]here also is no statutory requirement for the Court . . . to provide a litigant proceeding *in forma pauperis* with copies of deposition transcripts." Id. (quoting Davis v. Molina, No. 1:14-CV-1554-BAM (PC), 2017 WL 11707632, at *1 (E.D. Cal. Sept. 27, 2017) (also denying a plaintiff's request for a defendant to provide him with a copy of a deposition transcript)).

Pursuant to Federal Rule of Civil Procedure 30, a party may obtain a copy of a deposition transcript upon reasonable payment of fees, and Plaintiff's *in forma pauperis* status does not entitle him to a free copy. Tufono v. Ward, No. CV 19-7397-JFW (KS), 2021 WL 9684444, at *1 (C.D. Cal. Dec. 22, 2021) (citing Fed. R. Civ. P. 30(f)(3); see also Vanderbusch v. Chokatos, 2018 WL 3031488, at *2 (E.D. Cal. June 15, 2018)) (denying plaintiff's request for court to order defendants to provide a copy of deposition transcript) (citing Boston v. Garcia, 2013 WL 1165062, at *2 (E.D. Cal. Mar. 20, 2013) (same)).

A plaintiff must obtain deposition transcripts from the officer before whom the deposition was taken—a court reporter or deposition officer. Id. (citing see Claiborne v. Battery, 2009 WL 530352, at *3 (E.D. Cal. Mar. 3, 2009) (denying plaintiff's request for a court order directing the defendant to provide him with a copy of his deposition transcript)).

Accordingly, Plaintiff's request for a copy of his deposition transcript shall be DENIED.

**IV.     CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for a copy of his deposition transcript is DENIED.

IT IS SO ORDERED.

Dated:   **September 12, 2023**                             **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE