1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  PREETI K. BAJWA, State Bar No. 232484
   Supervising Deputy Attorney General
3  ROBERT W. HENKELS, State Bar No. 255410
   Deputy Attorney General
4  OLIVER C. WU, State Bar No. 317082
   Deputy Attorney General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone: (415) 510-3358
     Fax: (415) 703-5843
7    E-mail: Oliver.Wu@doj.ca.gov
   *Attorneys for Defendants*
8  *T. Clayton, R. Maciejewski, I. Ottsman, V. Chavez,*
   *and J. Cardenas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ADRIAN SOLORIO,** | Case No. 1:19-cv-00688-JLT-GSA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DR. PATEL'S REQUEST TO APPEAR AT TRIAL REMOTELY VIA VIDEOCONFERENCING SOFTWARE** |
| v. | |
| **SULLIVAN, et al.,** | Dist. Judge: The Honorable Jennifer L. Thurston |
| Defendants. | Mag. Judge: The Honorable Gary S. Austin |
| | Trial Date: September 19, 2023 |
| | Time: 8:30 AM |
| | Courtroom: 4 |

On September 13, 2023, this Court approved Plaintiff Adrian Solorio's request to add Dr. Patel as a witness at trial. (ECF No. 137). Dr. Patel seeks to testify remotely via videoconference, citing the short notice provided and the distance she would be required to travel. The Federal Rules of Civil Procedure permit testimony in open court from a different location "[f]or good cause in compelling circumstances and with appropriate safeguards." Fed. R. Civ. P. 43(a).

1

The Court finds that good cause exists to allow the testimony of non-party witness Dr. Patel by videoconference for the trial in this case. Appropriate safeguards also exist—Dr. Patel will provide live testimony by videoconference, will testify under oath, and will be subject to direct and cross-examination. Accordingly, the Court **GRANTS** Dr. Patel's request to appear remotely for trial.

IT IS SO ORDERED.

Dated:   **September 15, 2023**

UNITED STATES DISTRICT JUDGE