# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>      Plaintiff,<br>v.<br><br>W. SULLIVAN, et al.,<br><br>      Defendants.<br>_____/ | 1:19-cv-00688-JLT-GSA-PC<br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

Adrian Solorio, CDCR # AA-3613, a necessary and material party in a jury trial in this case beginning on September 19, 2023, is confined in Kern Valley State Prison (KVSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear in person with his legal property before District Judge Jennifer L. Thurston at the U. S. District Court, Courtroom #4, 2500 Tulare Street, Fresno, California 93721, on Thursday, September 21, 2023 at 8:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a jury trial, at the time and place above, with his legal property relevant to this case, **and continuing from day to day** until completion of the jury trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Kern Valley State Prison at (661) 720-4949 or via email.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, KVSP, P. O. Box 3130, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above, with his legal property relative to this case, to appear before Judge Thurston at the time and place above, **and from day to day until completion of the jury trial** or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.



   Dated:   **September 20, 2023**

                                                                /s/ Jennifer L. Thurston
                                                        UNITED STATES DISTRICT JUDGE