# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SULLIVAN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00688-JLT-GSA(PC)<br><br>NOTICE THAT INMATE ADRIAN SOLORIO, CDCR # AA-3613, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND ORDER DISCAHRGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

　　　　The jury trial in this matter commenced on September 19, 2023. **Inmate Adrian Solorio, CDCR #V- AA-3613**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is **HEREBY DISCHARGED**.

IT IS SO ORDERED.

　　Dated:　**September 21, 2023**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE