Be

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. SULLIVAN, et al.,<br><br>　　　　　Defendants. | **1:19-cv-00688-JLT-GSA-PC**<br><br>**ORDER FOR CLERK TO RETURN TO PLAINTIFF MONEY ORDER #28814383203 MADE PAYABLE TO TANYA SOLORIO IN THE AMOUNT OF $519.90** |

　　　　Adrian Solorio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Jury trial for this case before District Judge Jennifer L. Thurston concluded on September 21, 2023, and the case is now closed.

　　　　On September 11, 2023, the Court issued subpoenas and directed the United States Marshal to serve the subpoenas and money orders on four of Plaintiff's prospective witnesses, compelling their attendance at trial to testify on Plaintiff's behalf.  (ECF No. 132.)  On September 15, 2023, the subpoena for one of Plaintiff's witnesses, LVN Tanya Solorio, was returned unexecuted to the Court.  (ECF No. 143.)  The Marshal reported that LVN Tanya Solorio no longer resides at the residential address provided by Plaintiff, and they were unable to serve the subpoena and money order.  (Id.)  On September 22, 2023, the unused money order

#28814383203 in the amount of $519.90, made payable to Tanya Solorio, was returned to the Court, where it is being held for safekeeping. (Court Record.)   Given that the money order will not be used as witness fees for LVN Tanya Solorio to testify at Plaintiff's trial, the Court shall order the return the unused money order to Plaintiff.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The Court now cancels service of the witness subpoena on Plaintiff's prospective witness LVN Tanya Solorio; and

2. The Clerk of Court is directed to return to Plaintiff the money order #28814383203 made payable to Tanya Solorio in the amount of $519.90.

IT IS SO ORDERED.

Dated:   **September 23, 2023**                             **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE