UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>        Plaintiff,<br><br>    v.<br><br>W. SULLIVAN, et al.,<br><br>        Defendants. | No.  1:19-cv-00688 JLT GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECORD ON APPEAL AS MOOT<br><br>(ECF No. 165)<br><br>ORDER DENYING PLAINTIFF'S MOTION PURSUANT TO 28 U.S.C. § 753(F) AS MOOT<br><br>(ECF No. 166) |

  Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. It is currently on appeal in the Ninth Circuit. See ECF Nos. 160, 162 (Ninth Circuit Case No. 23-2585).

  Plaintiff has filed two motions requesting that he be supplied with the record so that he can use it for his Ninth Circuit appeal. See ECF Nos. 165, 166 (motion for record on appeal; motion pursuant to 28 U.S.C. § 753(f)). For the reasons stated below, the motions will be denied as moot.

  The Court may take judicial notice of other court records. United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980) (citations omitted); see generally Fed. R. Evid. 201. A review of

1

the record in Plaintiff's Ninth Circuit case indicates that on December 20, 2023, the Ninth Circuit ordered that certain reporter's transcripts from Plaintiff's trial in this Court be provided to Plaintiff at the Government's expense pursuant to 28 U.S.C. § 753(f).  See Solorio v. Sullivan, No. 23-2585 (9th Cir. Dec. 20, 2023).  As a result, Plaintiff's motions for transcripts filed in this Court are moot, and as such will be denied as such.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for record on appeal (ECF No. 165) is DENIED as moot, and

2. Plaintiff's motion pursuant to 28 U.S.C. § 753(f) directing the production of transcript (ECF No. 165) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **December 20, 2023**               /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE