UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SOLORIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. SULLIVAN, et al.,<br><br>　　　　　Defendants. | No.  1:19-cv-00688 JLT GSA (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR RECORD ON APPEAL AS DUPLICATIVE<br><br>(ECF No. 169) |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  It is currently on appeal in the Ninth Circuit.  See ECF Nos. 160, 162 (Ninth Circuit Case No. 23-2585).

　　　　On December 21, 2023, the Court issued an order which denied Plaintiff's motion for the record on appeal as moot given that the Ninth Circuit had previously ordered that certain parts of the record be supplied to him by the Government.  See ECF Nos. 167, 168 (District and Ninth Circuit Court orders, respectively).  The next day, another motion for trial transcripts filed by Plaintiff was docketed.  ECF No. 169.

　　　　Given that the Court just issued the order denying Plaintiff's earlier-filed motions related to the same issue, it appears that the instant motion filed by Plaintiff has crossed in the mail with

1

the Court's most recent order denying the last request.  Therefore, Plaintiff's instant motion will be disregarded as duplicative.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for trial transcripts (ECF No. 169) is DISREGARDED as duplicative.

**Plaintiff is advised that this case is closed.  As a result, unless this case is reopened any future filings until then will receive no response.  They will be disregarded.**

IT IS SO ORDERED.

Dated:   **December 28, 2023**              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE